Case 2:08-cr-00121-WHA-TFM   Document 835   Filed 03/10/17   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>JAMES R. RUSSELL | )<br>)  Case No: 2:08cr121-WHA-15<br>)  USM No: 12505-002<br>) |
| Date of Original Judgment: 06/11/2009<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  N/A<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

No reduction is authorized. There is no change in the guideline range.

Except as otherwise provided, all provisions of the judgment dated  06/11/2009  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  03/10/2017          /s/ W. Harold Albritton
                                    *Judge's signature*

Effective Date: _____           W. Harold Albritton, III, United States District Judge
*(if different from order date)*         *Printed name and title*